UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johanna Isabel Romo,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:24-cv-455-JLT-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

　　　As stipulated, Plaintiff's MSJ deadline is **extended** to and including August 21, 2024.

IT IS SO ORDERED.

　Dated:　**July 19, 2024**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE