# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA ISABEL ROMO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO: 1:24-cv-455-JLT-GSA<br><br>**ORDER OF REMAND AND<br>DIRECTING ENTRY OF JUDGMENT**<br><br><br>(Doc. 17) |

　　As stipulated, Doc. 19, this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. 405(g) sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation dated September 23, 2024, Doc. 19.

　　Judgment is directed for Plaintiff.

IT IS SO ORDERED.

　Dated:　**September 23, 2024**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE